UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DETTRA E. FLORENT                                        CIVIL ACTION

versus                                                   NO. 09-5512

MICHAEL ASTRUE, COMMISSIONER                             SECTION: "F" (1)
OF SOCIAL SECURITY, WASHINGTON, D.C.

## ORDER

The Court, having considered the complaint, the record, the applicable law and the Findings and Report of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Findings and Report, hereby approves the Findings and Report of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that defendant's cross-motion for summary judgment, Rec. Doc. 14, is **GRANTED**, that plaintiff's motion for summary judgment, Rec. Doc. 11, is **DENIED**, and that plaintiff's request for relief from the decision of the Commissioner of Social Security denying her application for benefits is therefore **DENIED**.

New Orleans, Louisiana, this 20th day of July, 2010.

UNITED STATES DISTRICT JUDGE